**UNITED STATES, Plaintiff–Appellee,**

v.

**William T. HEAL, Defendant–Appellant.**

No. 04–30195.

United States Court of Appeals, Ninth Circuit.

---

Submitted Dec. 6, 2004.*

Decided Dec. 13, 2004.

Kris A. McLean, Esq., Missoula, MT, for Plaintiff–Appellee.

Wendy Holton, Esq., Helena, MT, for Defendant–Appellant.

Before: GOODWIN, ALARCÓN, and TROTT, Circuit Judges.

## MEMORANDUM **

Defendant William T. Heal appeals his conviction for being a felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1). We affirm.

Heal's motion for a new trial was filed late, and was, therefore, time-barred. The district court clearly found that the deadline for filing the motion for a new trial was seven days after the guilty verdict, and that Heal filed his motion three months after such date. Hence, Heal's motion for a new trial was late. Fed. R.Crim.P. 33(b)(2); Fed.R.Crim.P. 45(b)(2) (saying that the court may not extend the deadline set forth in Rule 33). Heal does not appeal this determination. Thus, Heal's appeal must fail. Fed. R.App. P. 28(a)(4); *Paracor Fin., Inc. v. Gen. Elec. Capital Corp.*, 96 F.3d 1151, 1168 (9th

---

* The panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Cir.1996); *see also Williams v. Leach*, 938 F.2d 769, 772–73 (7th Cir.1991).

**AFFIRMED.**